IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

GARY PETREE )
 )
      Plaintiff (s) )
vs. ) Civil No. 04-6134-CV-SJ-DW
 )
JO ANNE B. BARNHART )
Commissioner of Social Security )
 )
      Defendant (s) )

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    **ORDERED THAT**: the Commissioner's decision denying Petree's application for benefits is **AFFIRMED**.

    PATRICIA L. BRUNE, CLERK

Date: June 30, 2006              By: /s/ Y. Johnson
                                                        Deputy Clerk